# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CRAIG FELLS,

      Appellant,

v.

Case No.  5D22-1359
LT Case No. 2010-CF-002408-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 14, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Darnelle P. Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.